

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-CR-3671-CAB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| JOSE MANUEL ANGULO-GALAVIZ, | |
| Defendant. | |

Based on the United States' Motion to Dismiss without Prejudice as to defendant Jose Manuel Angulo-Galaviz, and based on the interests of justice, it is hereby **ORDERED** that it is the Judgment of this Court that the Indictment in the above-entitled action shall be dismissed without prejudice.

Dated: August 1, 2018

HON. CATHY ANN BENCIVENGO
United States District Judge